FILED BY _____ D.C.

JAN 07 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.   19-20814-CR-BLOOM/LOUIS(s)
18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

ERICA REGINA HICKS and
RAYVEEN KEEAUNA HICKS,

   Defendants.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit Access Device Fraud
### (18 U.S.C. § 1029(b)(2))

From in or around December 11, 2014, through on or about January 14, 2015, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**ERICA REGINA HICKS**
**and**
**RAYVEEN KEEAUNA HICKS,**

did knowingly and willfully combine, conspire, confederate and agree with each other and other persons known and unknown to the Grand Jury, to commit violations of Title 18, United States Code, Section 1029(a), namely, to knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, names, dates of birth, social security numbers, credit card numbers, and debit card numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1.     On or about December 19, 2014, **ERICA REGINA HICKS** and **RAYVEEN KEEAUNA HICKS**, used the personal identification information of another person, that is, a credit card ending in 5887, issued in the name of victim L.B., without L.B.'s permission, knowledge, or authority.

2.     On or about December 19, 2014, **ERICA REGINA HICKS**, maintained in her possession the personal identification information of another person, that is, the name, date of birth, and social security number of victim W.J., without W.J.'s permission, knowledge, or authority.

3.     On or about December 19, 2014, **ERICA REGINA HICKS**, maintained in her possession the personal identification information of another person, that is, the name, date of birth, and social security number of victim C.H., without C.H.'s permission, knowledge, or authority.

4.     On or about January 14, 2015, **RAYVEEN KEEAUNA HICKS**, maintained in her possession the personal identification information of another person, that is, the name, date of birth, and social security number of victim E.R., without E.R.'s permission, knowledge, or authority.

5.     On or about January 14, 2015, **RAYVEEN KEEAUNA HICKS**, maintained in her possession the personal identification information of another person, that is, the name, date of birth, and social security number of victim J.T., without J.T.'s permission, knowledge, or authority.

6.      On or about January 14, 2015, **ERICA REGINA HICKS** and **RAYVEEN KEEAUNA HICKS**, maintained in their possession fifteen (15) or more unauthorized access devices, that is, names, dates of birth, social security numbers, credit card numbers, and debit card numbers issued to other persons, in Miami-Dade County, Florida, without their permission or authority.

All in violation of Title 18, United States Code, Section 1029(b)(2).

<u>**COUNTS 2-4**</u>
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about December 19, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ERICA REGINA HICKS**
**and**
**RAYVEEN KEEAUNA HICKS,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2), that is, knowingly, and with intent to defraud, conspiring to possess fifteen (15) or more unauthorized access devices, that is, names, dates of birth, social security numbers, credit card numbers, and debit card numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3) as charged in Count 1 did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each count below:

3

| COUNT | DEFENDANTS | MEANS OF IDENTIFICATION |
|---|---|---|
| 2 | **ERICA REGINA HICKS and RAYVEEN KEEAUNA HICKS** | Name and Credit Card Number ending in 5887 issued to L.B. |
| 3 | **ERICA REGINA HICKS** | Name, Date of Birth, and Social Security Number of W.J. |
| 4 | **ERICA REGINA HICKS** | Name, Date of Birth, and Social Security Number of C.H. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 5
### Possession of Fifteen or More Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(3))

On or about January 14, 2015, in Miami-Dade County, in the Southern District of Florida,

and elsewhere, the defendants,

### ERICA REGINA HICKS
### and
### RAYVEEN KEEAUNA HICKS,

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access

devices, that is, names, dates of birth, social security numbers, credit card numbers, and debit card

numbers issued to other persons, said conduct affecting interstate and foreign commerce, in

violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNTS 6-7
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about January 14, 2015, in Miami-Dade County, in the Southern District of Florida,

and elsewhere, the defendant,

### RAYVEEN KEEAUNA HICKS,

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2),

that is, knowingly, and with intent to defraud, conspiring to possess fifteen (15) or more

4

unauthorized access devices, that is, names, dates of birth, social security numbers, credit card numbers, and debit card numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3) as charged in Count 1 did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each count below:

| COUNT | DEFENDANTS | MEANS OF IDENTIFICATION |
|-------|------------|--------------------------|
| 6 | RAYVEEN KEEAUNA HICKS | Name, Date of Birth, and Social Security Number of E.R. |
| 7 | RAYVEEN KEEAUNA HICKS | Name, Date of Birth, and Social Security Number of J.T. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS
### (18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C))

1.     The allegations of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which each of the defendants, **ERICA REGINA HICKS** and **RAYVEEN KEEAUNA HICKS**, have an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Superseding Indictment, each defendant so convicted shall forfeit to the United States: (a) any personal property used or intended to be used to commit such violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(C); and (b) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B).

All pursuant to Title 18, United Stats Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

DERIC ZACCA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 19-20814-CR-BLOOM/LOUIS(s)

ERICA REGINA HICKS and
RAYVEEN KEEAUNA HICKS,

Defendants
_____/

# CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division:** (Select One)

| | | |
|---|---|---|
| ✓ Miami | __ Key West | |
| __ FTL | __ WPB | __ FTP |

New defendant(s)               Yes ____ No ✓
Number of new defendants
Total number of counts                    7

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     No
    List language and/or dialect     _____

4.  This case will take __5__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

(Check only one)

| | | | |
|---|---|---|---|
| I | 0 to 5 days | ✓ | |
| II | 6 to 10 days | __ | |
| III | 11 to 20 days | __ | |
| IV | 21 to 60 days | __ | |
| V | 61 days and over | __ | |

(Check only one)

| | |
|---|---|
| Petty | __ |
| Minor | __ |
| Misdem. | __ |
| Felony | ✓ |

6.  Has this case previously been filed in this District Court?     (Yes or No)     Yes
    If yes: Judge Bloom                    Case No. 19-20814-CR-BLOOM
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No)     No
    If yes: Magistrate Case No.
    Related miscellaneous numbers:
    Defendant(s) in federal custody as of
    Defendant(s) in state custody as of
    Rule 20 from the District of

    Is this a potential death penalty case? (Yes or No)     No

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes ____ No ✓

8.  Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes ____ No ✓

DERIC ZACCA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 151378

*Penalty Sheet(s) attached

REV 8/13/2018

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   ERICA REGINA HICKS

**Case No:**   19-20814-CR-BLOOM/LOUIS(s)

Count #: 1

Conspiracy to Commit Access Device Fraud

18 U.S.C. § 1029(b)(2)

**\*Max. Penalty**: 5 Years' Imprisonment

Counts #: 2-4

Aggravated Identity Theft

18 U.S.C. § 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment

Counts #:   7

Possession of 15 or More Unauthorized Access Devices

18 U.S.C. § 1029(a)(3)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RAYVEEN KEEAUNA HICKS

**Case No:** 19-20814-CR-BLOOM/LOUIS(s)

Count #: 1

Conspiracy to Commit Access Device Fraud

18 U.S.C. § 1029(b)(2)

*Max. Penalty: 5 Years' Imprisonment

Counts #: 2, 5, & 6

Aggravated Identity Theft

18 U.S.C. § 1028A(a)(1)

*Max. Penalty: 2 Years' Imprisonment

Count #: 7

Possession of 15 or More Unauthorized Access Devices

18 U.S.C. § 1029(a)(3)

*Max. Penalty: 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**